NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

THE WAGNER FIRM
Avi Wagner (SBN 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email: avi@thewagnerfirm.com

ATTORNEY(S) FOR: Plaintiff Sylvain Hamel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SYLVAIN HAMEL, Derivatively on Behalf of Nominal Defendant THE CRYPTO COMPANY,

Plaintiff(s),

v.

MICHAEL ALCIDE POUTRE III, JAMES GILBERT, AND ANTHONY STRICKLAND, and THE CRYPTO COMPANY, Nevada Corporation

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Sylvain Hamel_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sylvain Hamel | Plaintiff |
| THE WAGNER FIRM | Counsel for Plaintiff |
| GAINEY McKENNA & EGLESTON | GAINEY McKENNA & EGLESTON |
| MICHAEL ALCIDE POUTRE III, JAMES GILBERT, AND ANTHONY STRICKLAND, and THE CRYPTO COMPANY, a Nevada Corporation, | Defendants |

January 24, 2018
Date

s/ Avi Wagner
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Sylvain Hamel

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES