1  AVI WAGNER (SBN 226688)
2  THE WAGNER FIRM
   1925 Century Park East, Suite 2100
3  Los Angeles, CA 90067
   Telephone: (310) 201-9150
4
5  *Attorney for Plaintiffs*
6
   [Additional Counsel on Signature Page]
7
8            **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| SYLVAIN HAMEL, Derivatively on Behalf of Nominal Defendant THE CRYPTO COMPANY, | CASE NO.: 2:18-cv-00616 CAS (FFMx) |
| Plaintiff, | |
| MICHAEL ALCIDE POUTRE III, JAMES GILBERT, AND ANTHONY STRICKLAND, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| Defendants, | |
| THE CRYPTO COMPANY, a Nevada Corporation, | |
| Nominal Defendant. | |

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Sylvain Hamal hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not appeared in this action, answered the Complaint, or filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.

| | |
|---|---|
| Dated: March 5, 2018 | Respectfully submitted, |
| | **THE WAGNER FIRM** |
| | By: <u>*s/ Avi Wagner*</u><br>Avi Wagner (SBN 226688)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150 |
| | *Local Counsel for Plaintiff* |
| | **GAINEY McKENNA & EGLESTON**<br>Thomas J. McKenna<br>440 Park Avenue South, 5th Floor<br>New York, NY 10016<br>Telephone: (212) 983-1300<br>Facsimile: (212) 983-0383 |
| | *Counsel for Plaintiff* |

3

1 **PROOF OF SERVICE BY ELECTRONIC POSTING**

2     I, the undersigned say:

3     I am not a party to the above case, and am over eighteen years old. On March 5, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

    I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 5, 2018, at Los Angeles, California.

                                                  *s/ Avi Wagner*
                                                  Avi Wagner

# Mailing Information for a Case 2:18-cv-00616-CAS-FFM Sylvain Hamel v. Michael Poutre II et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`